# CRIMINAL DOCKET - U.S. District Court

**U.S. vs. PARKER, Kenneth**

Case Filed: 02/12/91
Docket No.: 91-00062-01
No. of Def's: 2
U.S. MAG. CASE NO.: 91-0101-M

PC: 422 01 2219
Felony: ☒ District

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21 846 | Conspiracy to dist. 50 grams or more of "crack" (Sch. II) ~~Ct. I~~ (1/22/91) | 1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE EARLIEST OF
- END ONE / BEGIN TWO — KEY DATE APPLICABLE: 2/12/91 — ☒ Information
- END INTERVAL TWO — KEY DATE APPLICABLE

## III. MAGISTRATE

- INITIAL APPEARANCE DATE: 1/23/91
- PRELIMINARY EXAMINATION — Date Scheduled: 1/28/91; Date Held: 1/28/91
- INITIAL/NO.: 22AF
- OUTCOME: ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT

COMPLAINT: 1/23/91   22AF
Date of Arrest: 1/23/91
OFFENSE (In Complaint): Conspiracy to Distribute Cocaine, 21 USC § 846

Show last names and suffix numbers of other defendants on same indictment/information:
~~(2) Jones~~ (3) Grant

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.:
Quincy Ollison, AUSA

Defense: 1 ☒ CJA

Noel Sengel, Esquire
805 Cameron St
Alex., VA 22314
(703) 836-8989

## BAIL • RELEASE

PRE-INDICTMENT / POST-INDICTMENT

## FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO. | V. PROCEEDINGS | EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|
| **1991** | | | | |
| Jan 23 | CRIMINAL Complaint w/Affidavit filed by Dennis Park, Fairfax Cty Police. (WHG) mp | | | |
| Jan 23 | COURT PROCEEDINGS: MJ Grimsley. Deft. arrested & brought before the Court for a Rule 5 hrg. Ct to appt counsel. Deft. to be held w/o bond pending DH/PH set for 1/28/91 at 10:00 AM. Deft. REMANDED. (WHG) mp | | | |
| Jan 23 | ORDER of Temporary Detention Pending Hearing Pursuant to Bail Reform ACt. Ent. & filed. Copies sent. mp | | | |
| Jan 28 | COURT PROCEEDINGS: MJ Grimsley. Appearances of deft w/counsel & US Atty (Ollison). This matter came on for DH/PH. Probable Cause found. Deft. to be held w/o bond pending further proceedings in the USDC. Deft. REMANDED. (WHG)mp | | | |
| Jan 28 | ORDER of Detention Pending Hearing. Ent. & filed. Copies sent. mp | | | |
| **1991** Feb 12 | TRIAL PROCEEDINGS: Judge Ellis. Reporter Linnell. Appearances of deft. w/counsel and U.S. Atty. Matter came on for pre-indictment plea. Deft. entered plea of guilty to 1 ct. criminal information - accepted. Deft. refered to P.O. for P.S.I. Matter cont. to 4/19/91 @ 9:00 am for g/l sent. before AVB. Deft. remanded. tm | | | |
| Feb 12 | WAIVIER of INDICTMENT - filed in open Court. tm | | | |
| Feb 12 | PLEA AGREEMENT - filed in open Court. tm | | | |
| Feb 12 | STATEMENT of FACTS - filed in open Court. tm | | | |
| Feb 12 | CRIMINAL INFORMATION - filed in open Court. tm | | | |
| Mar 15 | ORDER. Entered & filed UNDER SEAL. (CMH) ss | | | |
| Apr 12 | POSITION with respect to sentencing factors - filed by deft. cc | | | |
| Apr 16 | POSTION with respect to sentencing factors - filed by US. cc | | | |
| Apr 19 | TRIAL PROCEEDINGS: Judge Bryan. Reporter McCoy. Appearances of deft. w/counsel and U.S. Atty. Matter came on for sentencing. JUDGMENT: guilty. Deft. committed to custody of BOP for 120 months w/5 yrs. supervised release term; $50.00 s/a; condition of SR release: pay assessment; deft. remanded. tm for sp | | | |
| Apr 19 | JUDGMENT including SENTENCE - filed (AVB). Copies sent to USM, US Atty., PO, PTS and counsel. tm | | | |
| Apr 19 | FINDINGS and REASONS in connection w/sentence - filed (AVB) Copies sent | | | |
| Jul 31 | MARSHALS RETURN on judgment in criminal case executed on 7-1-91 & filed. ss | | | |
| **1992** | | | | |
| Apr 1 | NOTICE for hearing for 4-10-92 at 9:00 a.m. on Correction of sentence - filed by U.S. | | | |
| Apr 1 | MOTION for correction of sentence - filed UNDER SEAL by U.S. ss | | | |
| Apr 8 | MEMO. in support of Govt's motion for correction of sentence - filed by deft. cc | | | |
| Apr 10 | TRIAL PROCEEDINGS: Judge Bryan. Reporter: McCoy. Counsel for deft. and U.S. Atty. appeared. U.S.' motion for correction of sentence argued and granted. Reduced to 30 months. Court recommends "boot camp". sp | | | |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs

PARKER Kenneth

AO 256A

91-00062 01
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|------|---|---|---|---|---|
|      |   | (a) | (b) | (c) | (d) |
| 1992<br>Apr 10 | ORDERED that the motion of govt. pursuant to FR CR P 35(b) is granted and J&C Order of 4-19-91 is amended to reflect that deft. is committed to custody of Atty. Gen. for 30 months and recommends that deft. be placed in Fed. Intensive Confinement Program. IN all other respects J&C Order shall remain same - entered and filed(AVB). Cert. copies to US Atty., Marshal, PO, PTS and counsel for deft. sp | | | | |
| 1994 | | | | | |
| Nov 4 | MEMORANDUM re:Report of drug use and request for drug treatment & testing - filed by US Probation. tpb (Underseal) | | | | |
| Nov 4 | PETITION & ORDER on Probation Action & ordering the addition of a special condition for drug aftercare - entered & filed, copies sent (AVB) tpb | | | | |
| Nov 4 | WAIVER of hrng to modify conditions of release - filed by USPO. tpb (Underseal) | | | | |
| 1995<br>FEB 22 | MEMORANDUM Re: New Violation- No Action Requested At This Time (continue on probation supervision. (AVB) filed by USPO 1/23/95 sw | | | | |
| Apr 10 | PETITION & ORDER on probation action & ordering that the court issue a warrant for the arrest of deft. charging violations of supervised release - entered & filed, copies sent (AVB) tpb | | | | |
| Apr 13 | WARRANT, with no recommendation, issued & given to US Marshal for service tpb | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days